United States District Court
Southern District of Texas
**ENTERED**
July 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIA GRACIELA FERNANDEZ CARDONA § § § § | |
| VS. § | CIVIL ACTION NO. 7:19-CV-002 |
| WILLIAM P. BARR, *et al.*, § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff Maria Graciela Fernandez Cardona's action brought under 8 U.S.C. § 1503. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 38 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that the Government's Motion for Summary Judgment should be **GRANTED**, the plaintiff's claims should be **DISMISSED**, and that this case be closed.

The Clerk shall send a copy of this Order to the parties.

SO ORDERED July 26, 2021, at McAllen, Texas.

Randy Crane
United States District Judge